IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY C. KENNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-1120-R |
| | ) |
| AG EQUIPMENT CO., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff, appearing pro se and *in forma pauperis*, filed this action asserting a claim under "Tital IV of the 1964 Civil Rights History Acts. . . . " The Court dismissed the action, and Plaintiff filed a document entitled "Motion to Amend Complaint" on October 27, 2011. Therein Plaintiff states the following:

> CLIENT PLAINTIFF ADMENDS AGAINST COMPLEX FILING SAME USELESS CHARGES UNDER TITAL 1964 CIVIL HISTORY ACTS. BEING CERTIFIED LICENSES IN THE SAME FIELD STATES INTERROGATORIES AND ARBITRATION FRAUDS TO THE SAME LIEU AFFENSES ONLY MUTE AGAINST THE RIGHTS OF ADMENDMENTD RIGHTS LIBERAL ORDER. CLIENT HAS THE RIGHT TO CERTIORARI WRIT TO PETITION PRO SE OFFENDER FILING SINCE SAME 1989 CIVIL RIGHTS EMPLOYMENT RIGHTS AMENDMENT FILING SAME CHARGES EEOC AGAINST VALMONT INDUSTRIES INC, CHART COOLER INC, TRINITY INDUSTRIES INC, PORT CITY METAL INC. AND OTHER DOMAIN COMPANYS PASSING ALL THESE WELDING TEST AND NEVER NO JOBS ONLY TO EMBEZZEL EMPLOYMENT OFFER. PLAINTIFF CLIENT ASK FOR ARBITRATIONS SERVICES. OR TO ACCEPT NOTICE OF APPEAL TO THE 10TH CIRCUIT COURT OF DENVER.

The Court denies Plaintiffs' essentially incomprehensible request for leave to amend. Should Plaintiff wish to appeal the dismissal of this action he will need to file a separate notice of appeal with the Clerk of Court.

IT IS SO ORDERED this 4th day of November 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE